No. 98–9729.   POWERS *v.* SHANKS, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 98–9730.   ROGERS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 98–9731.   POWELL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 98–9732.   KLEIN *v.* UNITED STATES; and
No. 99–5597.   COOPERMAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 177 F. 3d 981.

No. 98–9733.   NERVIL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 98–9734.   MILLER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 98–9735.   MCGEORGE *v.* UNITED STATES; and
No. 98–9736.   JONES *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Reported below: 173 F. 3d 426.

No. 98–9737.   LONG *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 98–9738.   MOORE *v.* WHITE.   C. A. 8th Cir.   Certiorari denied.

No. 98–9739.   NEACSU *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 98–9740.   LINDSTEDT *v.* MISSOURI LIBERTARIAN PARTY ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 98–9742.   MORRIS *v.* CITY OF BUFFALO.   C. A. 2d Cir. Certiorari denied.

No. 98–9744.   MARTINEZ *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 98–9747.   BOWEN *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 98–9748.   BROWN *v.* CONLEY, WARDEN.   C. A. 6th Cir. Certiorari denied.